IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-cv-439-M

| | |
|---|---|
| TINA PATON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ORDER ) |
| MARTIN O'MALLEY<br>Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

This matter comes before the court on Plaintiff's motion for attorney's fees under the Equal Access to Justice Act [DE 18]. Based on the stipulation and agreement of the parties, Defendant shall pay to Plaintiff $6,850.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff shall be compensated for the filing fee of $402.00 from the Treasury Judgment Fund. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Charles F. Hall, IV and mailed to his office at 2200 Silas Creek Parkway, Suite 5A, Winston-Salem, NC 27103, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this 7th day of March, 2024

Richard E. Myers II
RICHARD E. MYERS, II
CHIEF UNITED STATES DISTRICT JUDGE