UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TINA MARIE PATON, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>)<br>MARTIN O'MALLEY, )<br>Acting Commissioner of Social Security, )<br>)<br>      Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:23-CV-439–M** |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that in accordance with the court's order entered on March 7, 2024 [DE 22], Defendant is ORDERED to pay to $6,850.00 in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on March 7, 2024, and Copies To:**

| | |
|---|---|
| Charles F. Hall , IV | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |
| Samantha Zeiler | (via CM/ECF electronic notification) |
| Thomas Paul Zimarowski | (via CM/ECF electronic notification) |
| Wanda D. Mason | (via CM/ECF electronic notification) |

DATE:  
March 7, 2024

PETER A. MOORE, JR., CLERK  
(By) /s/ Stephanie Mann  
    Deputy Clerk